FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2019

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# S A L I N A   K A N A I   A L T H O F
### A T T O R N E Y   A T   L A W ,   A L C

345 QUEEN STREET, SUITE 600, HONOLULU, HI 96813

(808) 521-2300 · SALINA@HAWAIILEGALDEFENSE.COM

March 23, 2019

Honorable Magistrate Judge Richard L. Puglisi
United States District Court
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawai'i 96850

MC19-00120 JMS

KJM

> RE:   Defendant Felix O. Tigilau / Anticipated Federal Charges

Dear Magistrate Judge Puglisi,

I am writing to request appointment as CJA counsel for Defendant Felix Tigilau on anticipated federal charges.

As way of background, I represent Mr. Tigilau on Cr. No. 1:12-cr-01251-LEK-1, both as an Assistant Federal Defender and as CJA counsel, having been appointed since December 21, 2012. I represented Mr. Tigilau on his change of plea, sentencing, appeal, and two subsequent revocations. He is currently serving a sentence on the latest revocation and has a term of supervised release to follow.

AUSA Larry Tong advised me that there is an active investigation going on against Mr. Tigilau and new charges are anticipated. Mr. Tigilau has advised me that he wishes to pursue a plea deal quickly and requested that I seek permission to be his CJA counsel on any new federal charges, given that we have a lengthy attorney-client relationship for well over six years.

I have spoken to FPD Peter Wolff about this, and he has no opposition. Likewise, I do not believe Mr. Tong has any opposition, as we have already discussed the possibility of resolving the new uncharged case, and I advised him that I would seek to be Mr. Tigilau's counsel.

Thank you for your consideration of this request.

Very truly yours,

Salina Kanai Althof

cc:   Peter C. Wolff, FPD
      Larry Tong, AUSA